UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BETANCOURT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | No. 1:23-cv-00132-ADA-EPG<br><br>ORDER GRANTING THE PARTIES' STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS, AND EXPENSES<br><br>(ECF No. 18) |

　　　　On October 30, 2023, the Parties submitted a stipulation regarding Plaintiffs' attorney's fees, costs, and expenses. (ECF No. 18.) After review of the Parties' stipulation and good cause appearing, the Court grants the stipulation.

　　　　Accordingly,

1. The Parties' stipulation regarding Plaintiffs' attorney's fees, costs, and expenses filed on October 30, 2023, (ECF No. 18), is GRANTED;
2. The Defendant shall pay the sum of $6,750.00 in attorney's fees, costs, and expenses in a check payable to the Knight Law Group, LLC and Plaintiffs agree to accept said payment in full satisfaction of all claims for attorney's fees, costs, and expenses in connection with this action; and

///

///

3. The Defendant shall pay the sum of $6,750.00 to Plaintiffs within sixty (60) days of October 5, 2023.

IT IS SO ORDERED.

Dated:   November 2, 2023                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE

2